```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NTT DoCoMo, INC.,

                        Petitioner,

       -against-

ULTRA d.o.o.,

                        Respondent.
------------------------------------------------------------X

10 Civ. 3823 (RMB)

**ADMINISTRATIVE ORDER**

The Court directs Respondent to file any opposition to Petitioner's petition for order recognizing and enforcing arbitration award and supporting memorandum of law, dated May 10, 2010 [#1], on or before June 7, 2010.

Note that standard page limits apply as set forth in the Court's Individual Rules.

Dated: New York, New York
       May 13, 2010



RICHARD M. BERMAN, U.S.D.J.